# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 12, 2013

Lyle W. Cayce
Clerk

No. 12-20330
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROGELIO JAIMES JAIMES VILLANUEVA, also known as Rogelio Villanueva Jaimes, also known as Rogelio Jaimes Villanueva, also known as Rogelio Jaimes Vaillanueva,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CR-703-1

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Rogelio Jaimes Jaimes Villanueva challenges the sentence imposed following his conviction for illegal reentry of a previously deported alien in violation of 8 U.S.C. § 1326(a) and (b)(2). On appeal, he argues that the district court erred in treating his prior conviction for sexual assault of a child under Texas Penal Code § 22.011(a)(2) as a crime of violence under U.S.S.G.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 2L1.2(b)(1)(A)(ii), and as an aggravated felony under § 1326(b)(2), as defined by 8 U.S.C. § 1101(a)(43)(A).  Villanueva's arguments are foreclosed.  *See United States v. Rodriguez*, 711 F.3d 541, 562-63 & n.28 (5th Cir. 2013) (en banc), *petition for cert. filed* (June 6, 2013) (No. 12-10695).  Accordingly, the judgment of the district court is AFFIRMED.